IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEPHANIE L. CLIFTON                                                                                    PLAINTIFF

v.                                    Case No. 6:19-cv-6024

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                          DEFENDANT

## JUDGMENT

The Court has reviewed this case, and being well and sufficiently advised, finds that for the reasons stated in its order of even date, the Report and Recommendation (ECF No. 17) is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 19th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge